IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DAVID DEARMOND,<br>Institutional ID No. 21772-045,<br><br>　　　　　　Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　Defendants. | CIVIL ACTION NO.<br>1:14-CV-123-C |

## ORDER

The United States Magistrate Judge entered a Report and Recommendation on October 9, 2015. No objections have been filed.

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

Accordingly, no later than July 5, 2016, counsel for Defendants who have appeared in this lawsuit shall file **UNDER SEAL** either (1) the current or last known forwarding address of the unserved Defendants[1]; or (2) if the addresses are unknown, a statement so affirming.

SO ORDERED this 3rd day of June, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SAM R. CUMMINGS
　　　　　　　　　　　　　　　　　　Senior United States District Judge

---

[1] *See Exhibit A* for a list of the unserved Defendants.

# EXHIBIT A

List of the unserved Defendants in Civil Action No. 1:14-CV-123-C

| Defendant | Summons Location | Reason Unexecuted | Doc. |
|---|---|---|---|
| Alexander, Brian | FCI Big Spring | transferred; address unknown | 43 |
| Bays, FNU, SHU CO | FCI Big Spring | insufficient information | 32 |
| Carlson, FNU, SHU CO | FCI Big Spring | insufficient information | 44 |
| Chang, Tommy | FCI Big Spring | no longer employed; address unknown | 24 |
| Cooper, FNU, SHU CO | FCI Big Spring | insufficient information | 45 |
| Davis, FNU, SHU CO | FCI Big Spring | insufficient information | 46 |
| Edenfield, Karen | FCI Big Spring | retired; address unknown | 47 |
| Estrella, Eric | FCI Big Spring | retired; address unknown | 26 |
| Francis, Lawrence | FCI Bastrop | this person does not work at FCI Bastrop | 52 |
| Franko, FNU, SHU CO | FCI Big Spring | insufficient information | 48 |
| Gonzalez, FNU, SHU CO | FCI Big Spring | insufficient information | 50 |
| Garrett, FNU, SHU CO | FCI Big Spring | insufficient information | 49 |
| Gilbreath, TD | South Central Region | unable to locate the individual | 53 |
| Gomez, M, SHU Lt. | FCI Big Spring | retired; address unknown | 25 |
| Hoyer, FNU, SHU CO | FCI Big Spring | insufficient information | 51 |
| Huff, James | FCI Big Spring | no longer employed; address unknown | 33 |
| King, Carmen, SHU CO | FCI Big Spring | no longer employed; address unknown | 34 |
| LeFever, Mollie | FCI Big Spring | no longer there; address unknown | 35 |
| Macha, FNU, SHU CO | FCI Big Spring | insufficient information | 37 |
| Martinez, FNU, SHU CO | FCI Big Spring | insufficient information | 38 |
| Meyers, J., SHU CO | FCI Big Spring | unknown at address | 39 |
| Myers, K., SHU Lt. | FCI Big Spring | transferred; address unknown | 40 |
| Partida, Jorge | FCI Big Spring | resigned; address unknown | 41 |
| Rios, FNU, CO | FCI Big Spring | insufficient information | 42 |
| Rodriquez, R. | FCI Big Spring | insufficient information | 28 |
| Roper, FNU, SHU CO | FCI Big Spring | insufficient information | 29 |
| Shaw, A. | FCI Fort Worth | insufficient information | 36 |
| Skaggs, Angie | FCI Big Spring | resigned; address unknown | 30 |
| Talbott, Leana | FCI Big Spring | no longer employed; address unknown | 27 |
| Walker, FNU, CO/UFO Team | FCI Big Spring | insufficient information | 31 |